SHANA E. SCARLETT (217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com

STEVE W. BERMAN, *pro hac vice* (application pending)
ROBERT F. LOPEZ, *pro hac vice* (application pending)
THOMAS E. LOESER (202724)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
robl@hbsslaw.com
toml@hbsslaw.com

*Attorneys for Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PATRICK KENNY, an Arizona resident, JUSTIN SHARP, a California resident, JEREMY FEITELSON, an Iowa resident, and GREG FEITELSON, a Kentucky resident, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CARRIER IQ, INC., a Delaware corporation; HTC CORPORATION, a Taiwanese company; HTC AMERICA, INC., a Washington corporation; and SAMSUNG ELECTRONICS CO., LTD., a Korean company,<br><br>Defendants. | No. 11-cv-05774-EJD<br><br>NOTICE OF RELATED CASES |

NOTICE OF RELATED CASES - 1

TO THE CLERK OF THE ABOVE-CAPTIONED COURT:

**PLEASE TAKE NOTICE** that pursuant to Local Rule 3-12, Plaintiffs, Patrick Kenney, Justin Sharp, Jeremy Feitelson and Greg Feitelson on behalf of themselves and all others similarly situated, provide notice that related actions, *Eric Thomas and Benjamin Lancaster v. Carrier IQ, Inc., Samsung Electronics Co., LTD, Samsung Electronics America, Inc., Samsung Telecommunications America, Inc.,* 11-cv-05819-HRL and *Colleen Fischer, Kurt Fairfield, Harry Sarafian, David Williams, Stephanie Wirth, John Swafford, Luke Szulczswski, Richard Rosenfeld, Michael Semartis, Timothy Dodson, Evan Brooks, Marcus Neal, Brian Sandstrom, John Woods, Leonard Hobbs and Kenneth Tishenkel v. Carrier IQ, Inc., LG Electronics, Inc., LG Electronics Mobilecomm U.S. A., Inc., HTC Corporation, HTC America, Inc., Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, Inc.,* 11-CV-6199-HRL are pending in the Northern District of California.

Dated this 13th day of December, 2011.    HAGENS BERMAN SOBOL SHAPIRO LLP

By _____
THOMAS E. LOESER (202724)
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

*Counsel for Plaintiffs*

NOTICE OF RELATED CASES -2