MUNGER, TOLLES & OLSON LLP
HENRY WEISSMANN (SBN 132418)
Henry.Weissmann@mto.com
355 South Grand Avenue,
Thirty-Fifth Floor
Los Angeles, CA  90071-1560
Telephone:     (213) 683-9100
Facsimile:     (213) 687-3702

MUNGER, TOLLES & OLSON LLP
ROSEMARIE T. RING (SBN 220769)
Rose.Ring@mto.com
JONATHAN H. BLAVIN (SBN 230269)
Jonathan.Blavin@mto.com
Victoria L. Boesch (SBN 228561)
Victoria.Boesch@mto.com
BRYAN H. HECKENLIVELY (SBN 279140)
Bryan.Heckenlively@mto.com
560 Mission Street
Twenty-Seventh Floor
San Francisco, CA  94105-2907
Telephone:     (415) 512-4000
Facsimile:     (415) 512-4077

Attorneys for Defendant HTC AMERICA,
INC.

HAGENS BERMAN SOBOL SHAPIRO LLP
STEVE W. BERMAN, *pro hac vice*
steve@hbsslaw.com
ROBERT F. LOPEZ, *pro hac vice*
robl@hbsslaw.com
THOMAS E. LOESER (SBN 202724)
toml@hbsslaw.com
1918 Eighth Avenue, Suite 3300
Seattle, WA  98101
Telephone:  (206) 623-7292
Facsimile:   (206) 623-0594

HAGENS BERMAN SOBOL SHAPIRO LLP
SHANA E. SCARLETT (SBN 217895)
shanas@hbsslaw.com
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001

Attorneys for Plaintiffs Patrick Kenny, Justin
Sharp, Jeremy Feitelson, and Greg Feitelson
and the Proposed Class

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

PATRICK KENNY, an Arizona resident,
JUSTIN SHARP, a California resident,
JEREMY FEITELSON, an Iowa resident,
and GREG FEITELSON, a Kentucky
resident, on behalf of themselves and all
others similarly situated,

                   Plaintiffs,

v.

CARRIER IQ, INC., a Delaware
corporation, HTC CORPORATION, a
Taiwanese company; HTC AMERICA,
INC., a Washington corporation; and
SAMSUNG ELECTRONICS CO., LTD. a
Korean company,

                   Defendants.

CASE NO.  CV-11-05774 EJD

**STIPULATION RE: EXTENSION  OF
TIME FOR DEFENDANT TO RESPOND
TO COMPLAINT AND [PROPOSED]
ORDER EXTENDING TIME TO
RESPOND TO COMPLAINT**

16019767.1

1      WHEREAS the above-referenced plaintiffs filed the above-captioned case;

2      WHEREAS the above-referenced plaintiffs allege violations of the Federal

3  Wiretap Act and other laws by the defendants in this case;

4      WHEREAS over 50 other complaints have been filed to-date in federal district

5  courts throughout the United States by plaintiffs purporting to bring class actions on behalf of

6  cellular telephone and other device users on whose devices software made by defendant Carrier

7  IQ, Inc. is or has been embedded (collectively, including the above-captioned matter, the "CIQ

8  cases");

9      WHEREAS, a motion is pending before the Judicial Panel on Multidistrict

10  Litigation to transfer the CIQ cases to this jurisdiction for coordinated and consolidated pretrial

11  proceedings pursuant to 28 U.S.C. Sec. 1407, responses to the motion supporting coordination or

12  consolidation have been filed, and plaintiffs and defendants anticipate that additional responses

13  will be filed;

14      WHEREAS plaintiffs anticipate the possibility of one or more consolidated

15  amended complaints in the CIQ cases;

16      WHEREAS plaintiffs and defendant HTC America, Inc. have agreed that an

17  orderly schedule for any response to the pleadings in the CIQ cases would be more efficient for

18  the parties and for the Court;

19      WHEREAS plaintiffs agree that the deadline for defendant HTC America, Inc. to

20  answer, move, or otherwise respond to their complaint shall be extended until the earliest of the

21  following dates: (1) forty-five days after the filing of a consolidated amended complaint in the

22  CIQ cases; or (2) forty-five days after plaintiffs provide written notice to defendants that plaintiffs

23  do not intend to file a consolidated amended complaint; or (3) as otherwise ordered by this Court

24  or the MDL transferee court; *provided*, however, that in the event that HTC America, Inc. should

25  agree to an earlier response date in any of these cases, HTC America, Inc. will respond to the

26  complaint in the above-captioned action on that earlier date;

27      WHEREAS plaintiffs further agree that this extension is available, without further

28  stipulation with counsel for plaintiffs, to all named defendants who notify plaintiffs in writing of

16019767.1

STIPULATION TO EXTEND TIME TO
RESPOND TO COMPLAINT
CASE NO. 5:11-CV-05821-EJD

1    their intention to join this Stipulation;

2              WHEREAS this Stipulation does not constitute a waiver by HTC America, Inc. of

3    any defense, including but not limited to the defenses of lack of personal jurisdiction, subject

4    matter jurisdiction, improper venue, sufficiency of process or service of process;

5              WHEREAS, with respect to any defendant joining the Stipulation, this Stipulation

6    does not constitute a waiver of any defense, including but not limited to the defenses of lack of

7    personal jurisdiction, subject matter jurisdiction, improper venue, sufficiency of process, or

8    service of process; and

9              WHEREAS, plaintiffs and defendant HTC America, Inc., as well as any defendant

10   joining this Stipulation, agree that preservation of evidence in the CIQ cases is vital, that

11   defendants have received litigation hold letters, that they are complying with and will continue to

12   comply with all of their evidence preservation obligations under governing law, and that that the

13   delay brought about by this Stipulation should not result in the loss of any evidence,

14             Now, therefore, pursuant to Civil Local Rule 7-12, plaintiffs in the above-

15   referenced case and defendant HTC America, Inc., by and through their respective counsel of

16   record, hereby stipulate as follows:

17        1.  The deadline for HTC America, Inc. to answer, move, or otherwise respond to

18            plaintiffs' complaint shall be extended until the earliest of the following dates:

19            forty-five days after the filing of a consolidated amended complaint in these cases;

20            or forty-five days after plaintiffs provide written notice to defendant HTC

21            America, Inc. that plaintiffs do not intend to file a Consolidated Amended

22            Complaint; or as otherwise ordered by this Court or the MDL transferee court;

23            *provided*, however, that in the event that HTC America, Inc. should agree to an

24            earlier response date in any of these cases, except by court order, HTC America,

25            Inc. will respond to the complaint in the above-captioned case on that earlier date.

26        2.  This extension is available, without further stipulation with counsel for plaintiffs,

27            to all named defendants who notify plaintiffs in writing of their intention to join

28            this Stipulation;

16019767.1                              - 2 -                STIPULATION TO EXTEND TIME TO
                                                            RESPOND TO COMPLAINT
                                                            CASE NO. 5:11-CV-05821-EJD

3.   This Stipulation does not constitute a waiver by HTC America, Inc. or any other named defendant joining the Stipulation of any defense, including but not limited to the defenses of lack of personal jurisdiction, subject matter jurisdiction, improper venue, sufficiency of process, or service of process.

4.   As a condition of entry into this Stipulation, defendant HTC America, Inc. and any other defendant(s) joining this Stipulation, and the plaintiffs, agree that they are complying with and will continue to comply with all evidentiary preservation obligations under governing law.

IT IS SO STIPULATED.


DATED:  December 20, 2011                      MUNGER, TOLLES & OLSON LLP



                                              By: */s/ Rosemarie T. Ring*
                                                  Rosemarie T. Ring
                                                  Attorneys for Defendant
                                                  HTC America, Inc.



DATED:  December 20, 2011                      HAGENS BERMAN SOBOL SHAPIRO LLP



                                              By: */s/ Robert F. Lopez*
                                                  Robert F. Lopez
                                                  Attorneys for Plaintiffs Patrick Kenny,
                                                  Justin Sharp, Jeremy Feitelson, and Greg
                                                  Feitelson and the Proposed Class


16019767.1                                    - 3 -          STIPULATION TO EXTEND TIME TO
                                                            RESPOND TO COMPLAINT
                                                            CASE NO. 5:11-CV-05821-EJD

1

**[PROPOSED] ORDER**

2    PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4

Dated: December 21, 2011

5                                                        Edward J. Davila
                                                         United States District Judge
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO EXTEND TIME TO
RESPOND TO COMPLAINT
CASE NO. 5:11-CV-05821-EJD

1

**<u>CERTIFICATION</u>**

2          I, Rosemarie T. Ring, am the ECF User whose identification and password are

3 being used to file this STIPULATION RE: EXTENSION  OF TIME FOR DEFENDANT TO

4 RESPOND TO COMPLAINT AND [PROPOSED] ORDER EXTENDING TIME TO

5 RESPOND TO COMPLAINT.  In compliance with General Order 45.X.B., I hereby attest that

6 Robert F. Lopezp concurred in this filing.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

16019767.1                                    - 5 -

STIPULATION TO EXTEND TIME TO
RESPOND TO COMPLAINT
CASE NO. 5:11-CV-05821-EJD