1   RODGER R. COLE (CSB No. 178865)
    rcole@fenwick.com
2   MOLLY R. MELCHER (CSB No. 272950)
    mmelcher@fenwick.com
3   FENWICK & WEST LLP
    Silicon Valley Center
4   801 California Street
    Mountain View, CA  94041
5   Telephone:    650.988.8500
    Facsimile:    650.938.5200
6
    TYLER G. NEWBY (CSB No. 205790)
7   tnewby@fenwick.com
    JENNIFER J. JOHNSON (CSB No. 252897)
8   jjjohnson@fenwick.com
    FENWICK & WEST LLP
9   555 California Street, 12th Floor
    San Francisco, CA 94104
10  Telephone:    (415) 875-2300
    Facsimile:    (415) 281-1350
11
    Attorneys for DEFENDANT
12  CARRIER IQ, INC.

13

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16                          SAN JOSE DIVISION

17

18  PATRICK KENNY, an Arizona resident,          Case No.: 11-cv-05774-EJD
    JUSTIN SHARP, a California resident, JEREMY
19  FEITELSON, an Iowa resident, and GREG        **[PROPOSED] ORDER GRANTING**
    FEITELSON, a Kentucky resident, on behalf of **STIPULATION FOR CONTINUANCE**
20  themselves and all others similarly situated, **OF CASE MANAGEMENT**
                                                  **CONFERENCE**
21                    Plaintiffs,

22          v.

23  CARRIER IQ, a Delaware corporation; HTC
    CORPORATION, a Taiwanese company; HTC
24  AMERICA, INC., a Washington corporation; and
    SAMSUNG ELECTRONICS CO., LTD., a
25  Korean company,

26                    Defendants.

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

The Case Management Conference
scheduled for 3/16/2012 is CONTINUED to
5/11/2012. The parties shall file a Joint
CMC Statement on or before 5/4/2012.

1    Pursuant to stipulation, it is SO ORDERED.

2

3    Dated: _____February 9, 2012_____    _____

4                                           Honorable Edward J. Davila
                                            United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

[PROPOSED] ORDER                2                Case No.: 11-cv-05774-EJD