1
2
3
4
5
6
7
8
9
10

**United States District Court**
For the Northern District of California

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RODNEY SHIVELY, individually and on behalf of others similarly situated, | Case No.: 12-CV-00290-LHK |
| Plaintiffs, | ORDER REFERRING MATTER FOR RELATED CASE DETERMINATION |
| v. | |
| CARRIER IQ, INC. and DOES 1-50, | |
| Defendants. | |

Pursuant to Civil Local Rule 3-12(c), the above captioned matter is hereby referred to the Honorable Edward J. Davila for a determination as to whether it is related to: *Kenny et al. v. Carrier IQ, Inc. et al.*, 11-cv-05774-EJD.

**IT IS SO ORDERED.**

Dated: March 7, 2012

_____
LUCY H. KOH
United States District Judge

Case No.: 12-CV-00290-LHK
ORDER REFERRING MATTER FOR RELATED CASE DETERMINATION